**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,
:
    Plaintiff,                               Case No. 3:15mj00160

:
  -vs-                                    Chief Magistrate Judge Sharon L. Ovington

ANDRE TAYLOR,
:
    Defendant.

---

**REMOVAL AND COMMITMENT ORDER**

---

    This case came on to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District upon a warrant issued upon An Indictment in the United States District Court, Eastern District of Kentucky in Case No. 6:15-CR-15-GFVT-6. Defendant appeared in open Court on May 20, 2015, and after being advised of his rights waived his right to an identity hearing. Defendant requested a dention hearing be held in this District. The dention hearing was held on May 27, 2015 and the Defendant was detained pursuant to a separate order.

    **IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Eastern District of Kentucky, where the charges are pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

May 28, 2015.

                                                            s/ Sharon L. Ovington
                                                              Sharon L. Ovington
                                          Chief United States Magistrate Judge